# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LADARRELLE DIXON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-45 |
| | * | |
| v. | * | |
| | * | |
| GLYNN COUNTY SHERIFF'S DEPARTMENT; BRUNSWICK POLICE DEPARTMENT CHIEF OF POLICE; GLYNN COUNTY SHERIFF'S OFFICIALS; and STATE OF GEORGIA ATTORNEY GENERAL, | * * * * * * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint under 28 U.S.C. § 1915(g), **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

    SO ORDERED, this \_\_\_27\_\_\_ day of \_\_\_July_____, 2021.

                                          HON. LISA GODBEY WOOD, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)